UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 11592 RCL

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
GREGORY J. LAUREANNO,                *
                       Plaintiff     *
                                     *      RECEIPT # 57373
    v.                               *      AMOUNT $ 150
                                     *      C.A. NO. SUMMONS ISSUED (ye)
DEATON, INC.                         *      LOCAL RULE 4.1
    and                              *      WAIVER FORM
THEODORE WILLIAM BACALIS,            *      MCF ISSUED
                       Defendants    *      BY DPTY. CLK. TOM
* * * * * * * * * * * * * * * * * * * * * * * * * *      DATE 7/16/04
```

### PLAINTIFF'S COMPLAINT AND JURY TRIAL DEMAND

#### Introduction

MAGISTRATE JUDGE Cohen

1. This is a personal injury action arising out of a motor vehicle accident on August 31, 2001 on Pleasant Street in Fall River, Massachusetts. The Plaintiff is Gregory J. Laureanno of Somerset, Bristol County, Massachusetts. Plaintiff was the operator of a stopped motor vehicle that was struck by a delivery truck backing up in an attempt to make a turn at an intersection. The delivery truck was owned by and registered to the Defendant, Deaton, Inc., an Alabama corporation, and negligently operated in the course of his employment by its employee, the Defendant, Theodore William Bacalis, of Portsmouth, Virginia.

#### Parties

2. The Plaintiff, Gregory J. Laureanno, is an individual who resides in Somerset, Bristol County, Massachusetts.

3. The Defendant is Deaton, Inc. (hereinafter, "Deaton") a foreign corporation incorporated in the State of Alabama. At all times relevant to this Complaint, Deaton transacted business within the Commonwealth of Massachusetts, and through its employee, committed tortuous conduct within the Commonwealth of Massachusetts including Bristol County. At all relevant times Deaton is the employer of the Co-Defendant, Theodore William Bacalis.

4. The Defendant is Theodore William Bacalis (hereinafter, "Bacalis") of 3203 Westwood Crescent, Portsmouth, Virginia, an individual, who at all relevant times was employed by the Co-Defendant Deaton as a truck driver operating Co-Defendant Deaton's truck.

## Jurisdiction

5. This Court has jurisdiction pursuant to 28 USC 1332(a)(1) based upon diversity of citizenship. The matter in controversy exceeds $75,000, exclusive of interest and costs.

6. At all relevant times, the Defendants are subject to the personal jurisdiction of this Court by conducting business in the Commonwealth of Massachusetts, operating a motor vehicle within the Commonwealth of Massachusetts, and committing tortuous conduct within the Commonwealth of Massachusetts.

## Facts

7. On or about August 31, 2001, the Plaintiff was the operator of a motor vehicle that was stopped in traffic on Pleasant Street in Fall River, Massachusetts.

8. At the same time, the Defendant Bacalis, while in the course of his employment for the Defendant Deaton, was operating a truck, owned by and registered to Defendant Deaton, in a southerly direction on Pleasant Street in Fall River, Massachusetts.

9. The Defendant Bacalis negligently operated the aforesaid truck causing it to strike the stopped motor vehicle in which the Plaintiff was operating.

10. The negligence of the Defendant Deaton was the direct and proximate cause of the Plaintiff incurring severe injuries.

## Count One - Negligence Claim of Gregory J. Laureanno Against Theodore William Bacalis

11. The Plaintiff, Gregory J. Laureanno, repeats and incorporates by reference paragraphs 1 through 10 of his Complaint.

12. As a direct and proximate result of the negligent operation of the truck, Plaintiff, Gregory J. Laureanno, incurred physical and mental pain and suffering, past and future medical expenses, past and future lost earning capacity, and past and future diminished ability to enjoy life.

WHEREFORE, the Plaintiff, Gregory J. Laureanno, demands judgment against the Defendant Bacalis in an amount sufficient to compensate him for his damages together with costs, expenses and interest.

### Count Two - Negligence Claim of Gregory J. Laureanno Against Deaton Automotive Industries, Inc.

13. The Plaintiff, Gregory J. Laureanno repeats and incorporates by reference paragraphs 1 through 10 of his Complaint.

14. As registered owner of the truck involved in the motor vehicle accident, and as the employer of the Co-Defendant Bacalis, the Defendant Deaton is liable for the negligence of Co-Defendant Bacalis.

15. As a direct and proximate result of the negligent operation of the truck, Plaintiff, Gregory J. Laureanno, incurred physical and mental pain and suffering, past and future medical expenses, past and future lost earning capacity, and past and future diminished ability to enjoy life.

WHEREFORE, the Plaintiff, Gregory J. Laureanno, demands judgment against the Defendant Deaton in an amount sufficient to compensate him for his damages together with costs, expenses and interest.

- 5 -

## JURY TRIAL DEMAND

The Plaintiff hereby demands and claims a trial by jury on all issues raised in his Complaint and the responsive pleadings of the Defendants.

        Respectfully submitted,
        The Plaintiff,
        by his attorney,

        */s/ William E. McKeon, Jr.*
        William E. McKeon, Jr., Esq.
        B.B.O. # 336510
        Ten North Main Street
        Fall River, Massachusetts 02720
        508/677-4424

Dated:     July 9, 2004

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Laureanno, Gregory J.

**DEFENDANTS**
Deaton, Inc.
Bacalas, Theodore William

(b) County of Residence of First Listed Plaintiff **Bristol**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed **Birmingham, Alabama**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
William E. McKeon, Jr.  508-677-4424
Law Office of William E. McKeon, Jr.
10 North MainSt., Fall River, MA 02720

Attorneys (If Known)

04-11592-RCL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | ☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):  NONE
JUDGE
DOCKET NUMBER

DATE: July 9, 2004

SIGNATURE OF ATTORNEY OF RECORD: William E. McKeon, Jr.

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Gregory J. Laureanno v. Deaton, Inc.**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   None

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]  NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]  NO [x]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]  NO [x]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]  NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [x]  NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]  NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   William E. McKeon, Jr., Esquire
ADDRESS   10 North Main Street, Fall River, Massachusetts 02720
TELEPHONE NO.   508-677-4424        BBO 336510

(Coversheetlocal.wpd - 10/17/02)