# William E. McKeon, Jr.
## Attorney At Law

Ten North Main Street
Fall River, Massachusetts 02720
508/677-4424



August 4, 2004

Office of the Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:  Gregory J. Laureanno v. Deaton, Inc. and Theodore William Bacalis
     Docket No. *04-11592 RCL*

Dear Sir or Madam:

    I am a solo practitioner. I will be out of the office and unavailable to appear in Court between the following dates: August 18, 2004 through and including September 1, 2004. Presently there are no matters scheduled for hearing during those times. I respectfully request that this Honorable Court not set for hearing any matter coming before it during my unavailability.

    Thank you.

Very truly yours,

William E. McKeon, Jr.

WEM/va