UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY J. LAUREANNO,
    Plaintiff

v.

DEATON, INC. and
THEODORE WILLIAM BACALIS,
    Defendants

CIVIL ACTION NO. 04 11592 RCL

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance as attorneys for the Defendants, Deaton, Inc. and Theodore William Bacalis.

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.

*/s/ Michele E. O'Brien*
Jeffrey S. Stern, BBO No. 479460
Michele E. O'Brien, BBO No. 648182
101 Merrimac Street, 9th Floor.
Boston, MA 02114
(617) 227-3030

Dated: August 12, 2004

### CERTIFICATE OF SERVICE

I, Michele E. O'Brien, hereby certify that on August 12, 2004, I served this Notice of Appearance on plaintiff's counsel, by mailing a copy, postage prepaid, as follows:

William E. McKeon, Jr., Esq.
Ten North Main Street
Fall River, MA 02720

*/s/ Michele E. O'Brien*
Michele E. O'Brien

352977