AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Gregory J. Laureanno

v.

Deaton, Inc. and
Theodore William Bacalis

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11592 RCL

TO: (Name and address of Defendant)

Theodore William Bacalis
3203 Westwood Crescent
Portsmouth, Virginia 23703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William E. McKeon, Jr., Esquire
Ten North Main Street
Fall River, Massachusetts 02720

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  7/16/04

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 21, 2004 |
| NAME OF SERVER (PRINT) William E. McKeon, Jr. | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): R. 4 Fed.R.Civ.Pro.; R. 4.1 Local Rules USDC for the District of Massachusetts; and Massachusetts Long Arm Statute, M.G.L. c. 223A, Sec. 6(a)(3)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/17/04
            *Date*

*Signature of Server*

10 North Main St., Fall River, MA 02720
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.