UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

GREGORY J. LAUREANNO,
    Plaintiff

v.

DEATON, INC. and
THEODORE WILLIAM BACALIS,
    Defendants

CIVIL ACTION NO. 04 11592 RCL

## DEFENDANTS' MOTION TO ENLARGE TIME TO FILE AN ANWER OR OTHER RESPONSIVE PLEADING

Now come the defendants in the above matter and move to enlarge the time until September 24, 2004, for filing of an answer or other responsive pleading. Counsel for the plaintiff has assented to this motion.

By their attorneys,

_____
Jeffrey S. Stern, (BBO No. 479460)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Assented to:

_____
William E. McKeon, Jr. (BBO No. 336510)
Ten North Main Street
Fall River, MA 02720
(508) 677-4424

DATED: September 08, 2004