UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY J. LAUREANNO,
   Plaintiff

v.

THEODORE WILLIAM BACALIS,
   Defendant

CIVIL ACTION NO. 04 11592 RCL

## ANSWER OF THEODORE WILLIAM BACALIS
## TO THE PLAINTIFF'S COMPLAINT

Defendant Theodore William Bacalis ("Defendant") answers the plaintiff's Complaint as follows:

1.   Defendant lacks knowledge or information sufficient to admit or deny all of the allegations in paragraph one, except that Defendant denies the allegation of negligence.

2.   Defendant lacks knowledge or information sufficient to admit or deny the allegations in paragraph two.

3.   Defendant admits the allegations in paragraph three, except that he lacks knowledge or information sufficient to admit or deny the allegation regarding "all relevant times" of his employment.

4.   The allegations contained in paragraph four constitute a legal conclusion which does not require a response. To the extent that a response is required, denied.

5.   The allegations contained in paragraph five constitute a legal conclusion which does not require a response. To the extent that a response is required, denied.

6.   Defendant lacks knowledge or information sufficient to admit or deny the

allegations in paragraph six.

7. Admitted, except that Defendant lacks information or knowledge sufficient to admit or deny the allegation regarding the ownership of the truck.

8. Denied.

9. Denied.

### COUNT I: Response to Negligence Claim of Gregory J. Laureanno Against Theodore William Bacalis

10. Defendant repeats and incorporates herein its responses to the allegations in paragraphs 1-9.

11. Denied.

Defendant denies that the plaintiff is entitled to any relief from Defendant.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The plaintiff's injuries, if any, were caused in whole or in part by the plaintiff's own negligence, such that any recovery should be barred or reduced.

### JURY DEMAND

Defendant demands a trial by jury on all issues so triable.

2

Defendant, Theodore W. Bacalis,

By his attorneys,

_____
Jeffrey S. Stern, BBO No. 479460
Michele E. O'Brien, BBO No. 648182
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
Tel. (617) 227-3030

Dated: September 24, 2004

### CERTIFICATE OF SERVICE

I, Jeffrey S. Stern, hereby certify that on September 24, 2004, I served this Answer by mailing a copy of same, postage prepaid, to the following:

William E. McKeon, Jr., Esq.
Ten North Main Street
Fall River, MA 02720

_____
Jeffrey S. Stern

353533