UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

2004 OCT -6  P 12: 10

U.S. DISTRICT COURT
DISTRICT OF MASS

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

GREGORY J. LAUREANNO,
                Plaintiff

    v.

THEODORE WILLIAM BACALIS,
                Defendant

C.A. NO. 04-11592 RCL

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE DATE

Now comes the Plaintiff and respectfully moves this Honorable Court to continue the Scheduling Conference from Wednesday, November 10, 2004 at 2:00 p.m. to any of the following dates: November 29, 30, December 1, 2, or 3. As grounds therefore, Plaintiff's counsel will be out of state on November 10. Counsel for the parties have conferred on October 4, 2004 and agreed to the new dates. Presently, both counsel are available on any of the alternative dates mentioned above.

Respectfully submitted,
The Plaintiff,
by his attorney,

William E. McKeon, Jr., Esq.
B.B.O. # 336510
Ten North Main Street
Fall River, Massachusetts 02720
508/677-4424

Dated: October 4, 2004

CERTIFICATE OF SERVICE
I, William E. McKeon, Jr., Esq. hereby
certify that this document was served
on all counsel of record this day,
October 4, 2004, by First Class U.S.
mail, postage prepaid.

William E. McKeon, Jr., Esquire