UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                     *
GREGORY J. LAUREANNO,        Plaintiff               *
                                                     *
                                                     *
v.                                                   *   C.A. NO. 04-11592 RCL
                                                     *
THEODORE WILLIAM BACALIS,                            *
                             Defendant               *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

Local Rule 7.1(A)(2) Certification in Support of Plaintiff's Motion To Continue Scheduling Conference Date

I, William E. McKeon, Jr., Esq., have personal knowledge of the facts contained herein and they are true to the best of my knowledge and belief. I am attorney of record for the Plaintiff and this is the Local Rule 7.1(A)(2) Certification. On October 4, 2004, I spoke by telephone with Jeffrey Stern, Esquire regarding rescheduling the Scheduling Conference Date from November 10, 2004 to another date. We agreed that, presently, we each had the following dates free, November 29, 30, December 1, 2, and 3 and that I would contact the clerk's office to request the continuance. Having contacted the courtroom clerk, Ms. Houlihan, she instructed me to file a motion which I have done.

Signed under the pains and penalties of perjury this 4th day of October, 2004.

William E. McKeon, Jr., Esq.
B.B.O. # 336510
Ten North Main Street
Fall River, Massachusetts 02720
508/677-4424

Dated: October 4, 2004

CERTIFICATE OF SERVICE
I, William E. McKeon, Jr., Esq. hereby certify that this document was served on all counsel of record this day, October 4, 2004, by First Class U.S. mail, postage prepaid.

William E. McKeon, Jr., Esquire