UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY J. LAUREANNO,<br>                     Plaintiff<br><br>v.<br><br>DEATON, INC. AND<br>THEODORE WILLIAM BACALIS,<br>                     Defendants | CIVIL ACTION<br>NO. 04 11592 RCL |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the defendants, Deaton, Inc. and Theodore William Bacalis, in the above-referenced matter.

                                    Defendants, Deaton, Inc. and Theodore W. Bacalis
                                    By their Attorneys,

                                    _____
                                    Liza J. Tran – BBO No. 646818
                                    Sugarman, Rogers, Barshak & Cohen, P.C.
                                    101 Merrimac Street, 9th Floor
                                    Boston, MA 02114-4737
                                    (617) 227-3030

Dated: October 21, 2004

CERTIFICATE OF SERVICE

I, Liza J. Tran, hereby certify that on the 21st day of October, 2004, I served this Notice of Appearance by mailing a copy of same, postage prepaid, to William E. McKeon, Jr., Esquire, 10 North Main Street, Fall River, MA 02720.

_____
Liza J. Tran

355499.1