UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GREGORY J. LAUREANNO,
    Plaintiff

v.

DEATON, INC. AND
THEODORE WILLIAM BACALIS,
    Defendants

CIVIL ACTION
NO. 04 11592 RCL

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

Now come the parties in the above-entitled action and move jointly for a two-week extension for the defendants to answer the plaintiff's discovery requests, including plaintiff's request for interrogatories, documents and admissions. In support of this motion, the parties state that they have are engaged in discovery and are cooperating in good faith but that additional time beyond the deadline of October 29, 2004 will be required to complete defendant's discovery responses. The parties state that this extension will not result in a delay of the scheduling conference currently scheduled for December 2, 2004.

WHEREFORE, the parties jointly move to extend the deadlines for the defendant to respond to the plaintiff's discovery requests from October 29, 2004 to November 12, 2004.

Defendants, Deaton, Inc. and Theodore W. Bacalis
By their Attorneys,

_____
Liza J. Tran – BBO No. 646818
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737
(617) 227-3030

Plaintiff, Gregory J. Laureanno
By his Attorney,

_____
William E. McKeaon, Jr., BBO No. 336510
10 North Main Street
Fall River, Massachusetts 02720
(508) 677-4424

DATED: October 27, 2004

355626