UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************
GREGORY J. LAUREANNO,             *
                      Plaintiff   *
    v.                            *
                                  *   C.A. NO. 04-11592 RCL
THEODORE WILLIAM BACALIS,         *
                      Defendant   *
*******************************
```

STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Plaintiff and the Defendant pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), and hereby stipulate that the complaint may be dismissed with Prejudice and without costs, expenses, and attorney's fees to any party. These parties waive their right of appeal.

Respectfully submitted,

Attorney for Plaintiff,

_____
William E. McKeon, Jr., Esquire, B.B.O #: 336510
Ten North Main Street
Fall River, Massachusetts 02720
(508) 677-4424


Attorney for Defendant,

_____
Jeffrey S. Stern, Esquire, B.B.O. #: 479460
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, Massachusetts 02114
(617) 227-3030


Dated:      August 9, 2005